UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:          **LYNN ALLISON POWERS**                    **CASE NO.  18-10007**

                Debtor                                      SECTION "A"

                                                            CHAPTER **13**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST MOTION TO AMEND NON MATERIAL PLAN PRE-CONFIRMATION

**NOW INTO COURT**, comes Lynn Powers hereinafter referred to as "Debtor") through undersigned counsel, who moves this Honorable Court to consider this First Motion to Amend Plan Pre-Confirmation for the following reasons, this Motion is believed to be non-material:

1.

On January 3, 2018, Debtor filed a voluntary petition for relief under Title 11, chapter 13 of the Bankruptcy Code.

2.

Debtor seeks to amend plan to match proof of claims filed by LNV Corp, LDR, and Wells Fargo. Debtor's plan also lists that LNV Corp holds a balloon mortgage note due on January 25, 2021 to be paid in full by either selling property or through a refinance of the debt by another lending institution. Debtor's plan payment remains a $200.00 for the first 9 months, then the plan payment increases to $1,248.00 beginning in month 10 for the remaining 50 months, while the payout to the unsecured creditors remains the same.

WHEREFORE, debtor pray that, if required that this Honorable Court grant this First Motion to Amend Pre-Confirmation to allow debtor to match proof of claims filed by LNV Corp., LDR and Wells Fargo, while the plan payment remains at $200.00 for months 1 through 9, then increases to $1,248.00 beginning in month 10 for the remaining 50 months, while the payout to unsecured remains the same.

to allow to match proof of claims filed by New Orleans Fireman FCU, pay arrears owed to

Toyota Financial, resuming the note directly to Toyota Financial, while the plan payment

decreases from $1,207.00 to $873.00 beginning in month 4 for the remaining 57 months, while

the payout to unsecured increases from 100% to 104%.

 

 

Respectfully submitted:

JACK W. JERNIGAN, #08545
The Jernigan Law Firm, L.L.C.
829 Baronne Street
New Orleans, LA  70113
Telephone:  (504) 581-9322
Email:  jack@thejerniganfirm.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:        **LYNN ALLISON POWERS**              **CASE NO.  18-10007**

Debtor                                            SECTION "A"

CHAPTER **13**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, Jack W. Jernigan, do hereby certify that a copy of the **FIRST MOTION TO AMEND**

**PRE-CONFIRMAITON, AMENDED PLAN AND AMENDED SCHEDULES** was served

on the **20ᵗʰ** day of **March, 2018** by ELECTRONIC FILING through the Court's electronic

filing system upon:

Chapter 13 Trustee, S. J. Beaulieu     ecf@ch13no.com

United States Trustee                   USTPRegion05.NR.ECF@usdoj.gov

And all other creditors on the attached mailing matrix.


Respectfully submitted:


JACK W. JERNIGAN, #08545
The Jernigan Law Firm, L.L.C.
829 Baronne Street
New Orleans, LA   70113
Telephone:  (504) 581-9322
Email:  jack@thejerniganfirm.com

.

Herschel C. Adock, Jr.
P.O. Box 87379
Baton Rouge, LA 70879


Kizer, Hood & Morgan
2111 Quail Run Dr
Baton Rouge, LA 70808


LNV Corporation
c/o Kizer, Hood & Morgan, LLP
2111 Quail Run Drive
Baton Rouge, LA 70808


Louisiana Department of Revenue
P. O. Box 66658
Baton Rouge, LA 70896


MCM Mortgage
1 Corporate Dr., Suite 360
Lake Zurich, IL 60047


MGC Mortgage Inc.
1 Corporate Dr. Suite 360
Lake Zurich, IL 60047-8945


Michael Middleton
303 Calhoun Street
New Orleans, LA 70118


Wells Fargo
PO Box 10335
Des Moines, IA 50306


Wells Fargo Home Mortgage
Default Document proc N9286-01Y
1000 Blue Genetin Rd.
Saint Paul, MN 55121